FILED

JUN 03 2022

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Frederick Blue, Plaintiff,

vs.

Covenant Aviation Security, LLC, Defendant(s).

CV 22-3252

CASE NO. _____

EMPLOYMENT DISCRIMINATION COMPLAINT

1. Plaintiff resides at:
   Address  1544 Polk St. #14
   City, State & Zip Code  San Francisco, CA 94109
   Phone  530-360-8323

2. Defendant is located at:
   Address  1112 W. Boughton Road, Suite 355
   City, State & Zip Code  Bolingbrook, IL 60440

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. Section 2000e-5. Equitable and other relief is sought under 42 U.S.C. Section 2000e-5(g).

4. The acts complained of in this suit concern:

   a. __ Failure to employ me.

   b. __ Termination of my employment.

Form-Intake 2 (Rev. 4/05)   - 1 -

|   |   |
|---|---|
| 1 | c. __ Failure to promote me. |
| 2 | d. _X_ Other acts as specified below. |
| 3 | - toxic working environment |
| 4 | - harassment from hispanic employee in |
| 5 | leadership roles |
| 6 | - Retaliation from hispanic employee in |
| 7 | leadership roles after bring up training |
| 8 | concerns |
| 9 | 5. Defendant's conduct is discriminatory with respect to the following: |
| 10 | a. _X_ My race or color. |
| 11 | b. _X_ My religion. |
| 12 | c. __ My sex. |
| 13 | d. __ My national origin. |
| 14 | e. _X_ Other as specified below. |
| 15 | |
| 16 | 6. The basic facts surrounding my claim of discrimination are: |
| 17 | - Human Resources, Debra Bank questioned |
| 18 | my head wear on first day of orientation |
| 19 | |
| 20 | - Hispanic employee, Retaliation, in |
| 21 | leadership roles, |
| 22 | |
| 23 | - Hispanic employee in leadership roles |
| 24 | ~~giving~~ showing favorites to its culture |
| 25 | 7. The alleged discrimination occurred on or about  2/2/2022 |
| 26 | (DATE) |
| 27 | 8. I filed charges with the Federal Equal Employment Opportunity Commission (or the |
| 28 | California Department of Fair Employment and Housing) regarding defendant's alleged |

Form-Intake 2 (Rev. 4/05)     - 2 -

1  discriminatory conduct on or about _____.
                                              (DATE)

2  9.   The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about _____.
                                              (DATE)

3  10.  Plaintiff hereby demands a jury for all claims for which a jury is permitted:
       Yes ✓   No ____

4  11.  WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 6/2/2022                    _____
                                   SIGNATURE OF PLAINTIFF

(PLEASE NOTE: NOTARIZATION        Frederick Blue
IS NOT REQUIRED.)                  PLAINTIFF'S NAME
                                   (Printed or Typed)